complaint. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ concur.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Matter referred to an official referee to hear and report. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of a Presentment by the GRAND JURY OF RICHMOND COUNTY, January, 1929.— Order signed. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

ALEXANDER POLIN, Substituted in the Place and Stead of JOSEPH RUDDOCK, Deceased, etc., Respondent, v. SAM KAPLAN, as President, etc., and Others, Appellants.— Motion to vacate stay granted and all proceedings under the order to show cause stayed. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of NELLIE DOWDALL, on Behalf of Herself and Others Similarly Situated, Appellant, for an Order Directing JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, to Reinstate the Said Petitioner as Election Inspector of the Seventy-second Election District of the Fifth Assembly District, County of Queens, Respondents.— Order affirmed, without costs. We are of opinion that the construction placed upon the Election Law by the Special Term is correct. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

HARRY S. ARNOLD, Appellant, v. M. J. DALEY Co., INC., Respondent.— Motion to resettle order granted and order resettled by inserting therein, in place of the last clause thereof, the following: " Time, place and person before whom examination is to be held to be determined, and a reasonable allowance for traveling and living expenses to be fixed, by the Special Term on two days' notice." Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

BRINKLIT REALTY CORPORATION, Plaintiff, v. ACCORD REALTY Co., INC., and Others, Respondents. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Surety, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

BRINKLIT REALTY CORPORATION, Appellant, v. ACCORD REALTY Co., INC., and Others, Respondents. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Surety, Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— Motion for reargument, and upon reargument for leave to submit affidavits outside the record, denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ

CATHERINE CARTER, as Administratrix, etc., of JAMES CARTER, Deceased, Respondent, v. RUBY TRUCKING COMPANY, Appellant.— Motion to resettle order granted and order resettled so as provide for reversal and disallowance of findings numbered fifth, sixth, seventh and fourteenth, and for allowance of defendant's proposed findings numbered seventh, ninth, tenth, eleventh, twelfth, thirteenth,